# FISHER & PHILLIPS LLP

ATTORNEYS AT LAW

www.laborlawyers.com

**Atlanta**

1075 Peachtree Street, NE
Suite 3500
Atlanta, GA  30309

(404) 231-1400 Tel
(404) 240-4249 Fax

Writer's Direct Dial:
404-240-4245

Writer's E-mail:
ssmith@laborlawyers.com

November 30, 2012

**VIA ECF ONLY**

United States District Court
Attn:  Clerk of Court
Middle District of Georgia
475 Mulberry Street
Suite 216
Macon, GA 31202

> Re:   *Paul Windom v. Norfolk Southern Railway Company, et al.;*
> *Civil Action No. 5-12-CV-00345-MTT*

Dear Sir or Madam:

I am counsel for Defendant Sharon Heyob in the above-referenced matter.  Defendant's reply brief in support of her currently pending motion to dismiss (court file #11) is currently due on Monday, December 3, 2012.  Pursuant to Local Rule 6.2, I respectfully request that the Clerk's office grant Defendant an additional fourteen (14) days in which to file her reply brief (through December 17, 2012).  Defendant has neither sought nor received any previous extension of time for filing this reply.

I appreciate your attention to this matter.  Please contact me if there are any questions or comments.

Very truly yours,

E. Scott Smith
For FISHER & PHILLIPS LLP

ESS:rao

cc:     All counsel of record (via ECF)

Atlanta · Boston · Charlotte · Chicago · Cleveland · Columbia · Dallas · Denver · Fort Lauderdale · Houston · Irvine · Kansas City · Las Vegas · Los Angeles
Louisville  Memphis · New England · New Jersey · New Orleans · Orlando · Philadelphia · Phoenix · Portland · San Diego · San Francisco · Tampa · Washington, DC