# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| PAUL WINDOM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NORFOLK SOUTHERN )<br>RAILWAY COMPANY, )<br>and SHARON R. HEYOB, )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>FILE NO. 5:12-CV-345 MTT |

## PARTIES AMENDED STATUS REPORT

The parties, by and through their respective counsel, provide the status of this case to the Court showing as follows:

The parties have completed discovery and have agreed to mediate this matter. The parties have agreed upon a mediator and have scheduled the mediation for July 25, 2013.

The parties will apprise the Court of the results of the mediation and any other developments that occur in the interim. During that time period, the parties request that any deadlines be stayed until completion of the mediation.

This the 2nd day of July, 2013.

**Hall & Lampros, LLP**

By:   /S/ Andrew Lampros
     Andrew Lampros, Esq.
     Georgia Bar Number 432328

Promenade Two, Suite 3700
1230 Peachtree Street NE
Atlanta, GA 30309

*Attorneys for Plaintiff*

**Hall, Bloch, Garland & Meyer, LLP**

By:   /S/ Mark E. Toth
     Mark E. Toth, Esq.
     Georgia Bar Number 714272

P.O. Box 5088
Macon, Georgia 31208-5088
(478)719-9070

**Fisher & Phillips LLP**

By: /S/ E. Scott Smith
     E. Scott Smith
     Georgia Bar Number 656736

1075 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30309
(404) 231-1400

*Attorneys for Defendants*