# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| PAUL WINDOM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | NO. 5:12-cv-00345-MTT |
| ) | |
| NORFOLK SOUTHERN RAILWAY ) | |
| COMPANY and SHARON R. HEYOB, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

As indicated by the signatures of their counsel below, all parties to this action hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal of this action, with prejudice, with all parties to bear their own costs and attorney's fees incurred to date, as agreed by the parties.

| | |
|---|---|
| _/S/Andrew Lampros | _/S/_ E. Scott Smith |
| Andrew Lampros | E. Scott Smith |
| Georgia Bar No. 432328 | Georgia Bar No. 656736 |
| HALL & LAMPROS, LLP | FISHER & PHILLIPS LLP |
| 1230 Peachtree Street, NE | 1075 Peachtree Street, NE |
| Suite 3700 | Suite 3500 |
| Atlanta, GA 30309 | Atlanta, GA 30309 |
| Tel: 404-876-8100 | Tel: 404-231-1400 |
| Fax: 404-876-3477 | Fax: 404-240-4249 |
| alampros@cookhall.com | ssmith@laborlawyers.com |

ATTORNEYS FOR PLAINTIFF

_/S/Mark Toth
Mark Edward Toth
Georgia Bar No. 714727
HALL, BLOCH, GARLAND &
  MEYER, LLP
577 Mulberry Street, Suite 1500
P. O. Box 5088
Macon, GA 31208
Tel: 478-745-1625
Fax: 478-741-8822
marktoth@hbgm.com

ATTORNEYS FOR DEFENDANTS
NORFOLK SOUTHERN RAILWAY
CORPORATION AND SHARON R.
HEYOB

*All signatures by Andrew Lampros w/ express permission.*